COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF | § | No. 08-11-00198-CV |
| | § | |
| G.A.C., | | Appeal from the |
| | § | |
| A JUVENILE. | | 65th Judicial District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 10,01237) |

## MEMORANDUM OPINION

Counsel for G.A.C. filed a withdrawal of notice of appeal which failed to comply with Rules 9.8 and 42.2 of the Texas Rules of Appellate Procedure. The Court subsequently ordered the trial court to conduct a hearing to determine whether G.A.C. wished to continue with the appeal. The reporter's record reflects that G.A.C. appeared at the hearing with his attorney and informed the Court he no longer wishes to prosecute the appeal. The trial court expressly informed G.A.C. that he would not be able to appeal in the future if he caused the appeal to be dismissed, but G.A.C. persisted that he did not want to pursue the appeal. Although no written motion has been filed in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure, we believe that good cause exists to suspend the operation of Rule 42.2(a) in this case in accordance with Rule 2. *See* TEX.R.APP.P. 2. We have not yet issued a decision. Based upon G.A.C.'s statements and the trial court's written findings, we dismiss the appeal.

GUADALUPE RIVERA, Justice

January 25, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.